**Opinion issued September 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00234-CV

————————————

**ALFRED BERNAT AND JOHN DOE (L.S.), Appellants**

**V.**

**TOMAS SOTELO AND BENANCIA SOTELO, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-61031**

---

## MEMORANDUM OPINION

Appellants, Alfred F. Bernat and John Doe (L.S.), filed a notice of appeal stating they desired "to appeal from the appealable Order cause 2015-55357 dismissed Bill of Review and void Judgment cause 2011-61031 signed 22 February 2013 . And another Void Judgment 23 August 2013".  Two appeals were assigned

to this Court: one for the judgment in trial court cause 2011-61031 (appellate cause 01-16-00234-CV) and one for the judgment in trial court cause 2015-55357 (appellate cause 01-16-00235-CV). Appellants subsequently filed an amended notice of appeal in appellate cause 01-16-00234-CV, adding an appeal of the judgment in justice court cause EV12C0024097.[1] Appellees filed a motion to dismiss claiming we have no jurisdiction because the notice of appeal is untimely. We grant the motion.

Although appellants state they are appealing a judgment signed February 22, 2013 in trial court cause 2011-61031, the clerk's record shows the final judgment was signed on August 23, 2013. Appellant's notice of appeal from this judgment was filed on March 16, 2016.

As a general rule, a notice of appeal is due within thirty days after the signing of the judgment. *See* TEX. R. APP. P. 26.1. The deadline is extended to ninety days after the judgment is signed if a party files a timely post-judgment motion under Rule 329b, or in some cases, a request for findings of fact and conclusions of law. *See id.;* TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within fifteen days after the date the notice of appeal is due, the appellant

---

[1] Because the amended notice of appeal seeks appeal from a judgment in a different trial court cause number, we have forwarded that notice of appeal to the trial court clerk. *See* TEX. R. APP. P. 25.1(a).

properly files a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 10.5(b), 26.3.

Appellants' notice of appeal is untimely as to the 2013 judgment in cause 2011-61031. The notice of appeal filed on March 18, 2016 was filed more than two and a half years after judgment was signed. Without a timely filed notice of appeal, this Court is without jurisdiction. *See* TEX. R. APP. P. 25.1. Appellants' response to the motion to dismiss presents no authority demonstrating that we have jurisdiction over this appeal.

Because we have no jurisdiction, we grant appellees' motion and dismiss this appeal.[2] TEX. R. APP. P. 42.3(a); 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**


Panel consists of Chief Justice Radack, and Justices Higley and Huddle.

---

[2] The appeal in cause number 01-16-00235-CV of the February 9, 2016 order dismissing the bill of review is unaffected by this opinion and judgment and remains pending.

3